# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOHN CASILLAS,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**UNION PACIFIC RAILROAD COMPANY,** )<br>)<br>**Defendant.** ) | **7:04CV5021**<br><br>**ORDER** |

This matter is before the court following a telephone conference with counsel for the parties on June 20, 2005.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **August 12, 2005** at **9:00 a.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 20th day of June, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge