# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN CASILLAS, | ) | |
| | ) | |
| Plaintiff, | ) | 7:04CV5021 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel for the parties on August 12, 2005.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **September 30, 2005**, at **10:00 a.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 12th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge